IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AUDEN VALDEZ,

    Plaintiff,

v.                                          No. 1:21-cv-00572-KWR-SCY

NEW MEXICO DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER DENYING IN FORMA PAUPERIS RELIEF

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). He seeks to prosecute his Prisoner Civil Rights Complaint without prepaying the $402 filing fee. The Court may only grant such relief where an inmate's "affidavit [and] … statement of … assets [demonstrates] that the [inmate] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's financial statement reflects he has $1,343.80 in his inmate spending account. (Doc. 2 at 3). The Court will therefore deny the Motion. Plaintiff must prepay the $402 filing fee within thirty (30) days of entry of this Order. The failure to timely comply will result in the dismissal of this action without further notice.

**IT IS ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**; and Plaintiff must prepay the $402 filing fee within thirty (30) days from entry of this Order.

                                                        **KEA W. RIGGS**
                                                      **UNITED STATES DISTRICT JUDGE**